IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| ARTHUR J. GALLAGHER & CO. and ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| KEVIN J. DUNN, TRACY D. TUCKER, and TUCKER AGENCY, LTD., d/b/a TUCKER & DUNN BOND AGENCY, | ) ) ) ) | |
| | ) | Civil Action No. 5:09-CV-075-C |
| Defendants. | ) | ECF |

**ORDER**

Each party shall send a representative to the chambers of this Court in order to pick up the exhibits admitted into evidence. The representative shall sign a receipt for exhibit form as provided by the Court's judicial assistant. The exhibits must be picked up by the parties by 9:00 a.m. on September 16, 2009.

SO ORDERED this 11th day of September, 2009.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT