**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| **ARTHUR J. GALLAGHER & CO. AND** | ) | |
| **ARTHUR J. GALLAGHER RISK** | ) | |
| **MANAGEMENT SERVICES, INC.** | ) | |
| | **)** | |
| | ) | |
| **VS.** | ) | **C.A. No. 5-09-CV-75-C** |
| | ) | **JURY DEMANDED** |
| **KEVIN J. DUNN, TRACY D. TUCKER,** | ) | |
| **TUCKER AGENCY, LTD. d/b/a** | ) | |
| **TUCKER & DUNN BOND AGENCY** | ) | |

**PLAINTIFFS' MOTION REGARDING COMPLIANCE WITH
PRELIMINARY INJUNCTION**

Plaintiffs, Arthur J. Gallagher & Co. and Arthur J. Gallagher Risk Management Services,

Inc. (collectively "Gallagher"), file this motion regarding compliance with the Preliminary

Injunction (Document 58) issued on September 11, 2009, and would show the Court as follows:

1.      Page 7 of the Preliminary Injunction states that in order for the Preliminary

Injunction to become effective, Gallagher must file a $100,000.00 bond:

> **IT IS FURTHER ORDERED** that Plaintiffs are required to file a bond in the
> amount of $100,000.00, after which the Clerk of the Court shall issue a
> Preliminary Injunction in conformity with the law and the terms of this Order.
> This Order shall not be effective unless and until Plaintiffs execute and file
> with the Clerk this bond, in conformity with the law.

*See* Document 58, p. 7.

2.      On September 14, 2009, Gallagher filed a $100,000.00 bond with the Clerk in

compliance with the Preliminary Injunction. *See* Document 61. Accordingly, Gallagher asks that

the Court issue an Order indicating that the Preliminary Injunction is effective as of the filing of the

bond.

For these reasons, Plaintiffs ask the Court to issue an Order indicating that the Preliminary Injunction (Document 58) is effective as of the filing of the $100,000.00 bond. Plaintiffs also ask for all other relief to which they are justly entitled.

Respectfully submitted,

WALTER J. CICACK
State Bar No. 04250535
wcicack@seyfarth.com
DAVID L. COUNTISS
State Bar No. 24025311
dcountiss@seyfarth.com
SEYFARTH SHAW LLP
700 Louisiana, Suite 3700
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

and

/s/ Fernando M. Bustos
FERNANDO M. BUSTOS
State Bar No. 24001819
fbustos@mhbg.com
WILL C. GRIFFIS
State Bar No. 24064159
wgriffis@mhbg.com
MCCLESKEY, HARRIGER, BRAZILL & GRAF, LLP
P.O. Box 6170
Lubbock, Texas 79493-6170
Telephone: (806) 780-3976
Facsimile: (806) 796-7365

***ATTORNEYS FOR PLAINTIFFS, ARTHUR J. GALLAGHER & CO. AND ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.***

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with Kevin Kennedy regarding the filing of this motion and Mr. Kennedy agrees that the bond was filed.

/s/ David L. Countiss
David L. Countiss

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the counsel listed below via ECF on the 15th day of September, 2009.

Howard L. Steele, Jr.
hsteele@steelesturm.com
Kevin T. Kennedy
kkennedy@steelesturm
STEELE STURM, PLLC
Wells Fargo Plaza
1000 Louisiana, Suite 3780
Houston, Texas 77002

/s/ Fernando M. Bustos
Fernando M. Bustos