IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| ARTHUR J. GALLAGHER & CO. AND | ) | |
| ARTHUR J. GALLAGHER RISK | ) | |
| MANAGEMENT SERVICES, INC. | ) | |
| | ) | |
| VS. | ) | C.A. No. 5-09-CV-75-C |
| | ) | JURY DEMANDED |
| KEVIN J. DUNN, TRACY D. TUCKER, | ) | |
| TUCKER AGENCY, LTD. d/b/a | ) | |
| TUCKER & DUNN BOND AGENCY | ) | |

**O R D E R**

Pending before the Court is Plaintiffs' Motion Regarding Compliance with Preliminary Injunction. After reviewing the motion, the Court finds that on September 14, 2009, Gallagher filed a $100,000.00 bond in compliance with the Court's Order. Accordingly, the Preliminary Injunction (Document 58) is effective as of the filing of the bond.

**IT IS SO ORDERED.**

Dated September 17, 2009.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT